# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| **Plaintiff,** | |
| v. | 1:05-cr-274-WSD |
| **TELLIS TREMAYNE BENTLEY,** | |
| **Defendant.** | |

## ORDER

For good cause shown, it is

**ORDERED AND ADJUDGED** that the judgment, commitment, and order of probation heretofore rendered on December 22, 2005, be amended and modified as follows:

On Page 2:

>The defendant is hereby placed on probation for a term of **Sixty (60) months** on each count to run concurrently. As a condition of probation, the defendant is placed under home confinement for a period of **twelve (12) months** and shall abide by all the requirements of the program which will include GPS electronic monitoring. The defendant shall pay for the electronic monitoring program based upon his ability to pay, as determined by the probation officer. The defendant will be restricted to his residence at all times except for the following: to attend academic or vocational classes, for employment, for religious services, for medical including substance

    abuse or mental health treatment, to visit with his lawyer,
    court appearances and other court-ordered obligations,
    and other activities pre-approved by the defendant's
    probation officer.

  **IT IS FURTHER ORDERED** that the judgment remain the same in every other respect.

  **IT IS FURTHER ORDERED** that the Clerk of Court serve a copy of this Order upon defendant, defense counsel, the Probation Office, the United States Attorney and the United States Marshal.

  **SO ORDERED** this 27th day of September, 2006.


_____
WILLIAM S. DUFFEY, JR.
UNITED STATES DISTRICT JUDGE